# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALLOY LEWIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2387

[June 3, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 00-5384CF10A.

Carey Haughwout, Public Defender, and Breanna Atwood, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***